**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS MEDINA (1),<br>ALIA FORSSELL (2),<br>Defendants. | Case No.: 26-cr-00896-AGS<br>**<u>I N F O R M A T I O N</u>**<br>Title 18, U.S.C., Sec. 922(g)(1)- Felon in Possession of a Firearm; and Title 18, U.S.C., Sec. 924(d)(1), and Title 28 U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The United States Attorney charges:

On or about September 17, 2025, within the Southern District of California, defendants, JESUS MEDINA and ALIA FORSSELL, knowing they had each previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce to wit: a 9mm Glock 26 handgun with serial number BLXW096; in violation of Title 18, United States Code, Section 922(g)(1).

<u>FORFEITURE ALLEGATIONS</u>

The allegations contained in Count 1 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions

of Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses alleged in this Indictment, defendants JESUS MEDINA and ALIA FORSSELL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. a black 9mm Glock 26 handgun bearing serial number BLXW096;
2. approximately 13 rounds of ammunition; and
3. a 15-round capacity magazine

If any of the above-described forfeited property, as a result of any act or omission of defendants cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

ADAM GORDON
United States Attorney

By: *Bianca Calderon-Peñaloza*
BIANCA CALDERON-PEÑALOZA
Assistant U.S. Attorney